**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE KIM,<br><br>            Plaintiff,<br><br>      v.<br><br>AVALONBAY COMMUNITIES, INC.; ASN PASADENA, LLC; HAIER USA APPLIANCES, INC., SOLUTIONS, dba GE APPLIANCES, and DOES 1–100,<br><br>            Defendants. | Case No. 2:23-cv-00725-MCS-AGR<br><br>**JUDGMENT** |

1     Pursuant to the Court's Order Dismissing Action, it is ordered, adjudged, and
2 decreed that this case is dismissed without prejudice. Plaintiff shall take nothing from
3 the action.

5 **IT IS SO ORDERED.**

7 Dated: November 22, 2023

                              MARK C. SCARSI
                              UNITED STATES DISTRICT JUDGE